# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MECCA WHOLESALE, LLC,** <br> Plaintiff, <br><br> v. <br><br> **WEST CREEK FINANCIAL,** <br> Defendant. | CIVIL ACTION <br><br><br><br> NO. 17-4862 |

## O R D E R

**AND NOW**, this 11th day of July, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.